# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

S.E.,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

**Case No. 2:26-cv-00030**

**Judge Edmund A. Sargus, Jr.**

**Magistrate Judge Chelsey M. Vascura**

## DECLARATION OF S.E. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, S.E., declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action, S.E. v. Equifax Information Services LLC, Case No. 2:26-cv-00030. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2. I am a verified survivor of a severe form of human trafficking. My status has been documented by Mind2Work, a non-governmental organization that is authorized under federal law, 12 C.F.R. § 1022.142, to make trafficking victim determinations. A true and correct copy of my trafficking victim determination documentation from Mind2Work is attached as **Exhibit A**.

3. Beginning in January 2024, I submitted my Mind2Work documentation to Defendant Equifax Information Services LLC ("Equifax") on at least five separate occasions through the Consumer Financial Protection Bureau (CFPB) complaint system.

4. I submitted the exact same Mind2Work documentation to the other two major credit reporting agencies. TransUnion accepted my documentation in January 2024 and has blocked the adverse items from my report ever since. Experian has also accepted the documentation.

5. Despite TransUnion and Experian accepting my documentation, Equifax has rejected it every single time. A true and correct copy of one of Equifax's rejection letters, dated February 25, 2024, is attached as **Exhibit B**. In that letter, Equifax quotes the federal regulation and lists acceptable documentation, but still rejects my submission which meets its own stated requirements.

6. As a direct and proximate result of Equifax's refusal to block the fraudulent accounts and other adverse information from my credit report, I am suffering severe and ongoing harm.

7. I am currently homeless. My inability to secure stable housing is directly caused by the fraudulent information on my Equifax credit report. When landlords run my credit, they see these fraudulent accounts, which results in the denial of my housing applications.

8. I have custody of my six grandchildren. Because of Equifax's actions, my grandchildren have been forced to be homeless with me. At times, we have had to live in abandoned buildings. This situation has led to Child Protective Services being called on me multiple times, causing extreme stress and fear.

9. I have also been unable to obtain employment because potential employers conduct credit checks and reject my applications due to the damaged credit history that Equifax refuses to correct.

10. Equifax's refusal to acknowledge my status as a trafficking survivor and comply with the law has caused me extreme emotional distress, anxiety, humiliation, and re-traumatization, as I am forced to repeatedly fight to prove a status that has already been verified and accepted by other agencies.

11. The harm I am suffering is immediate and irreparable. Money damages cannot restore the housing and employment opportunities I have lost, nor can it undo the trauma and instability my grandchildren and I are enduring every day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2026.

_SE_

S.E.