Exported by Cetient Legal Research AI https://www.cetient.com

January 16, 2024

Equifax Information Services LLC

P.O. Box 105496

Atlanta, GA 30348

To Whom It May Concern:

I am writing to inform you that Mind2Work Organization has determined that S.E. is a victim of a severe form of trafficking in persons under 22 U.S.C. § 7102(11) or sex trafficking under 22 U.S.C. § 7102(12) as required to qualify for certain adverse credit information to be blocked pursuant to 12 C.F.R. § 1022.142 (see attached rule).

Sincerely, Signature Dudfada Ahyola Aye Reverend Ayita Ahyola Tye Mind2Work Organization