**EXHIBIT B**

**Equifax Information Services LLC**

1550 Peachtree Street NE

Atlanta, GA 30309

February 25, 2024

**VIA U.S. MAIL**

S.E. [Address Redacted]

**Re: Your Submission under 12 C.F.R. § 1022.142**

Dear S.E.:

This letter is in response to your recent submission of documents through the Consumer Financial Protection Bureau, Complaint No. 240121-13061360.

Based on our review of your request and accompanying documents, the following additional information or documentation is necessary to complete your submission under section 605C of the Fair Credit Reporting Act and 12 C.F.R. 1022.142: Victim determination documentation confirming that you were a victim of human trafficking, such as determinations made by federal, state, tribal, or local governments, government agencies, or law enforcement; determinations by non-governmental entities or task forces authorized by a governmental agency to make such a determination, a self-attestation signed or certified by such governmental agency or non-governmental entity...

Sincerely,

Equifax Information Services LLC